506 A.2d 898

**COMMONWEALTH of Pennsylvania**

v.

**Thomas FLEMING, Petitioner.**

Supreme Court of Pennsylvania.

April 7, 1986.

## ORDER

PER CURIAM.

Petition for Allowance of Appeal granted. Order of Superior Court quashing appeal vacated. Matter remanded to that Court for a decision on the merits.